# Order

Michigan Supreme Court
Lansing, Michigan

March 3, 2015

148532

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

ISSAC COTTO,
        Defendant-Appellant.

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

SC: 148532
COA: 317931
Alger CC: 2012-001996-FC

_____/

On order of the Court, the application for leave to appeal the December 3, 2013 order of the Court of Appeals is considered and, pursuant to MCR 7.302(H)(1), in lieu of granting leave to appeal, we REMAND this case to the Court of Appeals for consideration, as on leave granted, of whether the trial court erroneously assessed the defendant 15 points on Offense Variable 10, MCL 777.40, for predatory conduct. In all other respects, leave to appeal is DENIED, because we are not persuaded that the remaining question presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 3, 2015



Clerk

h0223